Certificate Number: 02910-WAW-DE-006328874

Bankruptcy Case Number: 09-40278

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 5, 2009, at 10:54 o'clock AM EST,

Jessica Garner completed a course on personal financial management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: March 5, 2009  By      s Curtis Kuntz

                     Name    Curtis Kuntz

                     Title   Customer Support Representative